# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13cr2296-JAH |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| NORMAN FELTS, | |
| Defendant. | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of Defendant NORMAN FELTS ("Defendant") pursuant to Title 18, United States Code, Section 2253(a)(l) and (3), of all right, title and interest in any property, real or personal, constituting or traceable to gross profits of the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, as charged in the Superseding Information; and

WHEREAS, on or about June 25, 2019, Defendant pled guilty before this Court to Count 1 of the Superseding Information, which plea included consents to the forfeiture allegations of the Superseding Information, including forfeiture of the following:

    1.    One (1) a Toshiba hard drive with serial number X9MJT9KJTES6;

2. One (1) Dell laptop computer, model PP39L and
serial number D6Q0XK1;

3. Images of minors engaged in sexually explicit conduct
as defined by Title 18, United States Code, Section 2256; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, the assets to which Defendant pled were forfeited administra-tively on November 3, 2017 by U.S. Homeland Security Investigations; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant NORMAN FELTS in the following properties are hereby forfeited to the United States:

1. One (1) a Toshiba hard drive with serial
number X9MJT9KJTES6;

2. One (1) Dell laptop computer, model PP39L and
serial number D6Q0XK1;

3. Images of minors engaged in sexually explicit conduct
as defined by Title 18, United States Code, Section 2256

2. The Court reaffirms the completed administrative forfeiture proceedings as to the above-referenced assets, and therefore no ancillary proceedings or further forfeiture action is required in this case.

//

//

//

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

Dated: August 14 , 2019

_____
Hon. John A. Houston
United States District Court