# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN FELTS<br><br>Defendant. | Civil Case No.: 17cv1644<br>Crim.Case No.: 13cr2296<br><br>**ORDER WITHDRAWING PETITION TO VACATE UNDER 28 U.S.C. § 2255** |

Petitioner, Normal Felts ("Petitioner"), proceeding *pro se*, filed an "Emergency Petition for Writ of Habeas Corpus" pursuant to 28 U.S.C. §2255 on August 25, 2017 relating to his ongoing criminal case. Section 2255 encompasses claims that "involve the right to be released upon the ground that the sentence was imposed in violation of the Constitution or the laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum allowed by law, or is otherwise subject to collateral attack." 28 U.S.C. § 2255.

A sentencing hearing in Petitioner's criminal case is set for October 21, 2019. Petitioner's section 2255 petition is premature. Accordingly, the Court WITHDRAWS the petition on its own motion.

**IT IS SO ORDERED**.

DATED: September 10, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT

Civil Case No.: 17cv1644
Crim.Case No.: 13cr2296