UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13cr2296 |
|---|---|
| Plaintiff, | **ORDER WITHDRAWING RESPONSIVE PLEADINGS** |
| v. | |
| NORMAN FELTS, | |
| Defendant. | |

On February 12, 2021 this Court issued an order vacating the briefing schedule and giving Defendant Norman Felts ("Defendant") sixty days to file an Amended Motion to Vacate. *See* Doc. No. 645. At the time of the Order, Plaintiff United States of America ("Government") had already filed a response to Defendant's prior motions. *See* Doc. No. 639. Subsequently, Defendant filed a reply to the Government's brief without amending his motion. *See* Doc. No. 647.

In light of the Court's February 12, 2021 Order requiring Defendant file an Amended Motion to Vacate (Doc. No. 645), the Court finds it appropriate to withdraw the Government's Response (Doc. No. 639) and to withdraw Defendant's Reply (Doc. No. 647). Accordingly, **IT IS HEREBY ORDERED** the Government's Response at Doc. No 639 and Defendant's Reply at Doc. No. 647 are **WITHDRAWN**.

Defendant shall file an Amended Motion to Vacate pursuant to the requirements contained in Doc. No. 645, including but not limited to, Defendant's final Amended Motion must be complete in itself without reference to his original motion, any supplement, or other motion to correct a supplement to his motion. Any grounds not re-alleged in the final, Amended Motion will be deemed waived. *See* S.D. CIVLR 15.1; *see also*, *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (An amended pleading supersedes the original); *Lacy v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012) (claims which are not re-alleged in the amended pleading may be considered waived if not re-pled). The Amended Motion shall include any and all claims Defendant believes warrant relief pursuant to 28 U.S.C. § 2255. Any further successive § 2255 motions will not be accepted, and any attempts to supplement the motion will not be permitted without seeking leave of the Court.

**IT IS SO ORDERED.**

DATED: March 4, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE